1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359
   mhansen@criminal-defenses.com
4
   Attorney for Defendant
5  SHARON DELGADO

6

7                    **UNITED STATES DISTRICT COURT**

                     **EASTERN DISTRICT OF CALIFORNIA**
8

9
   UNITED STATES OF AMERICA,            Case No. 2:13-MJ-00005 CKD
10
                       Plaintiff,        **REQUEST FOR WAIVER OF**
11                                       **DEFENDANT'S PERSONAL**
         vs.                             **APPEARANCE (FRCP 43)**
12
   SHARON DELGADO, et al.,
13
                       Defendants.
14

15       Pursuant to Fed.R.Crim.P. 43, defendant Sharon Delgado hereby waives the right to be

16  present in person in open court upon the hearing of any motion or other proceeding in this case,

17  including but not limited to, further arraignments, motion hearings, entries of plea and status

18  conferences.

19       The defendant agrees that her interests will be deemed represented at all times by the

20  presence of her attorney, the same as if the defendant were personally present.

21  Dated:  June 27, 2013                  /s/ Sharon Delgado
                                           SHARON DELGADO
22                                         (Original retained by attorney)

23

24       I concur in Sharon Delgado's decision to waive her presence at further proceedings.

25  Dated:  June 27, 2013                  Respectfully submitted,

26                                         /s/ Michael E. Hansen
                                           MICHAEL E. HANSEN
27                                         Attorney for Defendant
                                           SHARON DELGADO
28

                                         1

**Request for Waiver of Defendant's Personal Presence**

**<u>ORDER</u>**

I approve the above waiver of presence.  IT IS SO ORDERED.

Dated:  July 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Request for Waiver of Defendant's Personal Presence**